# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL HOSEA MCCORVEY, SR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-16993** |
| **PRISON TRANSPORT SERVICES OF AMERICA, LLC, ET AL.** | **SECTION: "A"(1)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims against Sheriff Marlin Gusman are **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that the following defendants and all claims against them are severed and transferred to the United States District Court for the Middle District of Tennessee, Nashville Division: Prison Transport Services of America, LLC; the unidentified president of that corporation; and Officers Jordan and Davison.

**IT IS FURTHER ORDERED** that no ruling is made as to the sufficiency of the complaint with respect to the claims that have been severed and transferred to the Middle District of Tennessee, Nashville Division, leaving that determination to the receiving court.

**IT IS FURTHER ORDERED** that the Clerk of Court shall advise the Clerk of the Middle District of Tennessee, Nashville Division, in writing, of the entry of this Order and provide the Clerk with a certified copy of this Order and of the docket report for this action, together with all information necessary for the Clerk of the receiving court to electronically access the documents filed in this action.

New Orleans, Louisiana, this 23rd day of May, 2017.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE